

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-15-00972-CR

Style: Adrian Aguilar

v. The State of Texas

Date motion filed*: January 13, 2017

Type of motion: Motion Requesting Oral Argument

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

Original due date:

Number of previous extensions granted: _____ Current Due date: _____

Date Requested:

Ordered that motion is:

☑ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

**Appellant's motion requesting oral argument is GRANTED. The Court has reset the case for submission on April 5, 2017, at 1:30 PM in our Courtroom, 301 Fannin Street, Third Floor, North Courtroom, before a panel consisting of Justice Jennings, Justice Higley, and Justice Massengale, subject to change by the Court.**

Judge's signature: /s/ Terry Jennings

☐ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 14, 2017

November 7, 2008 Revision